1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

9

**CENTRAL DISTRICT OF CALIFORNIA**

10

11 | SABREE IRIE JACKSON,                )   Case No.: 2:24-cv-06491-SSC
                                      )
12 |           Plaintiff,              )   [~~PROPOSED~~] ORDER AWARDING
                                      )   EQUAL ACCESS TO JUSTICE ACT
13 |      v.                           )   ATTORNEY FEES AND EXPENSES
                                      )   PURSUANT TO 28 U.S.C. § 2412(d)
14 | CAROLYN COLVIN,                   )   AND COSTS PURSUANT TO 28
   | Acting Commissioner of Social     )   U.S.C. § 1920
15 | Security,                         )
                                      )
16 |           Defendant               )
   | _____)

17

18        Based upon the parties' Stipulation for the Award and Payment of Equal

19   Access to Justice Act Fees, Costs, and Expenses:

20        IT IS ORDERED that fees and expenses in the amount of $1,200.00 as

21   authorized by 28 U.S.C. § 2412, and no costs authorized by 28 U.S.C. § 1920, be

22   awarded subject to the terms of the Stipulation.

23   DATE:   January 15, 2025

24

25        THE HONORABLE STEPHANIE S. CHRISTENSEN
          UNITED STATES MAGISTRATE JUDGE

26

Respectfully submitted,

LAW OFFICES OF LAWRENCE D. ROHLFING, INC., CPC

    /s/   *Marc V. Kalagian*

BY: _____

   Marc V. Kalagian
   Attorney for plaintiff Sabree Irie Jackson